Keith N. Daley, STATE BAR NO. 280843
**DIXON & DALEY, LLP**
10330 PIONEER BLVD., SUITE 210
SANTA FE SPRINGS, CALIFORNIA 90670
PHONE (562) 946-3737
FAX (562) 946-3779

Attorney for Plaintiff, Manuel De La Cruz

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| MANUEL DE LA CRUZ,<br><br>          Plaintiff,<br><br>     vs.<br>VETERANS' AFFAIRS HOSPITAL MEDICAL CENTER; JASON WALLEN, M.D.; DOES I through XX inclusive; DOE Companies I through XX, inclusive; and DOE Corporations I through XX, inclusive;<br><br>          Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>(Medical Malpractice) |

      FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANTS, AND EACH OF THEM, PLAINTIFF, MANUEL DE LA CRUZ, ALLEGES:

      1.    This action is brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671 et seq., against the United States of America, which vests exclusive subject matter jurisdiction of Federal Tort Claims litigation in the Federal District Court.

      2.    Venue is proper in the Western District of California pursuant to 28 U.S.C. §§1391(b)(1) and/or 1391(b)(2), as well as 28 U.S.C. § 1391(e)(1), because the United States is a defendant and plaintiff Manuel De La Cruz resides in the Western District of California.

1

COMPLAINT FOR DAMAGES

3. That the true names and capacities, whether individual, corporate, associate or otherwise of each of the defendants designated herein as a DOE are unknown to plaintiff at this time, who therefore sues said defendants by fictitious names, and will ask leave of court for permission to amend this complaint to show their names and capacities when the same have been ascertained. Plaintiff is informed and believes and thereon alleges that each of the defendants designated as a DOE is legally responsible in some manner for the events and happenings herein referred to, and caused injuries and damages thereby to the plaintiff as herein alleged.

4. That plaintiff is informed and believes and thereon alleges that at all times herein mentioned, the defendant corporations, either specifically or fictitiously named, were and now are corporations, existing under and by virtue of the laws of the State of California, or were or now are foreign corporations licensed to do business in the State of California, or are foreign corporations doing business in the United States District Court, Central District of California, Western District, among other counties.

5. The defendant, Veterans' Affairs Hospital Medical Center, maintains business facilities at 11201 Benton Street, Loma Linda, CA, 92354.

6. Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, the defendant doctors, either specifically or fictitiously named, were and now are duly and regularly licensed physicians and surgeons, practicing their said profession under and by virtue the laws of the United States District Court, Central District of California, Western District, among other counties.

7. Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, the defendant nurses, either specifically or fictitiously named, were and now are duly and regularly licensed nurses practicing their said profession under and by virtue of the laws of the United States District Court, Central District of California, Western District, among other counties.

8. Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, the defendant hospitals, either specifically or fictitiously named, were and now are hospital duly organized and existing under and by virtue of the laws of the State of California, and as such,

COMPLAINT FOR DAMAGES

authorized to do business and maintain hospital facilities in the United States District Court, Central District of California, Western District.

9. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, each of the defendants was acting as the agent, servant and employee of each of the other defendants, and within the scope of said agency and employment.

10. That at the time and place of the incident in question, defendants, and each of them, their agents, servants and employees became liable to plaintiff for one or more of the reasons described in this complaint herein, and thereby proximately caused plaintiff to sustain damages as herein set forth.

11. That for the purposes of clarity and to establish a beginning referenced point, that on or about October 24, 2014 and subsequent thereto, plaintiff herein employed defendants, and each of them, for compensation to be paid therefore, as physicians, surgeons, hospitals services and facilities, and nurses, and was placed under the control, supervision, direction and intensive care of defendants, and each of them, for the examination, diagnosis, care and treat of maladies of which plaintiff suffered; and, for that purpose, said defendants, and each of them, undertook as physicians, surgeons, hospital services and facilities, and nurses, to attend, aid, treat and care for plaintiff for said condition.

12. That during the course of the aforesaid diagnosis, examination, treatment, surgical procedures and pre-operative and post operative care of plaintiff herein, defendants, and each of them, negligently, carelessly and unprofessionally performed their said services so as to, among other things, negligently, carelessly and unprofessionally, perforate plaintiff's esophagus during surgery on 12/29/14 and failed to discover the perforation during the operative procedure. The perforation was not discovered for approximately two weeks and that as a result of defendants' aforementioned negligence and carelessness, plaintiff sustained severe and lasting personal injuries as more particularly hereinafter set forth.

13. That on or about January 15, 2015 plaintiff first became aware that his condition may have been caused by the negligence on the part of the defendants, and each of them, in failing to properly diagnose and treat the aforementioned condition. That on May 26, 2015, plaintiff duly submitted plaintiff's claim to defendants pursuant to 28 U.S. Code §2675.

**COMPLAINT FOR DAMAGES**

14. That the defendants, and each of them, were negligent, careless, unprofessional, and acted without consideration for the welfare of plaintiff, in that said defendants, and each of them, improperly examined, treated and cared for plaintiff at all times herein mentioned, so as to cause plaintiff to suffer, among other things, severe bodily injuries, including, but not limited to, lasting and permanent damage to plaintiff's person as a result of the aforementioned failure on the part of the defendants, and each of them to properly diagnose and treat plaintiff's said condition.

15. That as a direct and proximate result of the premises and of the matters herein alleged, and of the acts done by defendants, and each of them, as herein alleged, plaintiff was injured in plaintiff's health, strength and activity, and suffered severe and lasting injuries, all the plaintiff's damage for an amount equal to $500,000.00.

16. As a direct and proximate result of the premises and of the matters herein alleged, and of the acts done by defendants, and each of them, as aforesaid, plaintiff was required to and did obtain medical care and attention, the total amount of which is unknown to plaintiff at this time; that plaintiff is informed and believes and thereon alleges that plaintiff will be required to obtain medical care and attention in the future, the amount not now known to plaintiff; that when plaintiff ascertains the total amount of medical care and attention required, and which will be required in the future, plaintiff will ask leave of this Court for permission to amend this complaint by setting forth such total amounts.

17. That as a further, direct and proximate result of the premises and of the matters herein alleged, and the acts done by defendants, and each of them, plaintiff has been unable to follow plaintiff's usual, or any, occupation for a period of time not now known to plaintiff and has thereby been damaged in loss of earnings and earning capacity in an amount not yet ascertained; that when plaintiff ascertains the total period of time in which plaintiff will have been unable to follow plaintiff's usual, or any, occupation by reason of said incident herein, plaintiff will ask leave of this Court for permission to amend this complaint by setting forth such total amounts.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

FIRST CAUSE OF ACTION

1. For general damages as proved;

4

**COMPLAINT FOR DAMAGES**

2. For medical expenses as proved;

3. For loss of earnings and earning capacity as may be proved;

4. For costs of suit herein incurred; and

5. For such other and further relief as to the Court may seem just.

Dated: 12/22/2016

DIXON DALEY LLP

By: /s/
Keith N. Daley
Attorney for Plaintiff

COMPLAINT FOR DAMAGES