NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LEON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JULIE ZATZ (Cal. Bar No. 155560)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-7349
        Facsimile: (213) 894-7819
        E-mail: Julie.Zatz@usdoj.gov

Attorneys for United States of America

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MANUEL DE LA CRUZ, <br><br>      Plaintiff, <br><br> v. <br><br> UNITED STAETS OF AMERICA, <br><br>      Defendant. | No. CV 16-09435 CAS (PLAx) <br><br> [Proposed] **ORDER OF DISMISSAL** |

     IT IS HEREBY ORDERED that the above caption-action be dismissed with prejudice, each side to bear its own costs, fees and expenses

Dated:  January 9, 2018

*Christina A. Snyder*
___
CHRISTINA A. SNYDER
United States District Judge